IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GUADALUPE HERNANDEZ,

    Plaintiff,

v.                                No. CIV-13-0754 KG/LAM

CITY OF RUIDOSO DOWNS,
RUIDOSO DOWNS POLICE DEPARTMENT,
and CAROLEE SANDOVAL, individually and
in her official capacity as Police Officer for the
Ruidoso Downs Police Department,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 26)*, filed on November 14, 2013, recommending dismissing this case without prejudice for failure to prosecute and failure to participate in pre-trial matters. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 26)* and dismiss this case without prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 22)* are **ADOPTED** by the Court.

1

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (*Doc.1*) and this action be **DISMISSED WITHOUT PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**