IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GUADALUPE HERNANDEZ,

    Plaintiff,

v.                                  No. CIV-13-0754 KG/LAM

CITY OF RUIDOSO DOWNS,
RUIDOSO DOWNS POLICE DEPARTMENT,
and CAROLEE SANDOVAL, individually and
in her official capacity as Police Officer for the
Ruidoso Downs Police Department,

    Defendants.

## JUDGMENT

Having adopted the Magistrate Judge's *Proposed Findings and Recommended Disposition (Doc. 26)* in an order entered concurrently with this Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in this case in favor of Defendants and this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

1